UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

KENDALL WASHINGTON,

Defendant.

_____/

Case: 2:22−cr−20139
Assigned To : Hood, Denise Page
Referral Judge: Grand, David R.
Filed: 3/14/2022
CRIMINAL NO.
INFO USA V WASHINGTON (LH)

HON.

VIOLATIONS: 21 U.S.C. § 841(a)

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**21 U.S.C. § 841(a)(1)**
**Possession with Intent to Distribute Controlled Substances**

That on or about April 15, 2021, in the Eastern District of Michigan, Southern Division, KENDALL WASHINGTON, defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance; namely, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and 500 grams or more of a mixture and substance containing a detectable amount of

1

methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

DAWN N. ISON
United States Attorney

STEVEN CARES
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
313-226-9139
steven.cares@usdoj.gov

JOHN N. O'BRIEN, II
Chief, Drug Task Force
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
313-226-9715
john.obrien@usdoj.gov

Dated: March 14, 2022

(Companion Case information MUST be completed by AUSA and initialed.)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:22-cr-20139 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Kendall Mckinley Washington

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✔ Information --- based upon prior complaint [**Case number:** 21-mj-30434 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:**_____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 14, 2022
     Date

/s/ Steven P. Cares
STEVEN P. CARES
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9139
Fax:     (313) 226-3271
E-Mail address: steven.cares@usdoj.gov
Attorney Bar #: P68503

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.